IN RE ALFRED BOLING.

ALFRED BOLING, APPELLANT, v. W. H. JONES, APPELLEE.

FILED DECEMBER 24, 1913. No. 17,470.

**Appeal: DISMISSAL: MOOT QUESTION.** A. was arrested upon a criminal charge and required to give a recognizance in the sum of $500 to appear before the district court. After having given the same, and after having been released and discharged from custody, he was again arrested under a warrant issued by the same magistrate on a motion to increase the amount of the bond, and the bond was increased to $1,000. Failing to give this he was committed to the county jail. Habeas corpus proceedings were then brought in the district court to secure his release. From an adverse judgment he appealed to this court. No attempt was made to advance the case, and pending proceedings he was tried on the original charge and acquitted. Upon a motion to dismiss the appeal, *held* that, having obtained his liberty by due course of law, the question has become one in the abstract, and the appeal is dismissed.

APPEAL from the district court for Nemaha county: JOHN B. RAPER, JUDGE. *Appeal dismissed.*

*Lambert & McCarty*, for appellant.

*F. G. Hawxby, contra.*

LETTON, J.

Alfred Boling was arrested upon a criminal charge filed in the county court of Nemaha county. He had a preliminary examination before the county judge, who held him to appear at the next term of the district court. Bail was fixed at the sum of $500, and he was remanded to the custody of the sheriff in the meantime. Two days afterwards he appeared before the county judge with a qualified surety and entered into his recognizance in the sum fixed. He was released and discharged from custody. This was in the forenoon. On the same day a motion was filed in the county court by the county attorney to increase the amount of the bond, whereupon a warrant was issued directing the sheriff to again arrest Boling and bring him before the court. This was done and the amount of the bond increased to $1,000. He refused to give the increased bond and was committed to the county jail. This proceeding in habeas corpus was brought to secure his release. The district court found "that said county judge had authority to order the rearrest of relator, and that by the rearrest of relator the surety on his bond or recognizance was released, and that he now stands charged with a crime before the said county judge without bail." The application was denied and Boling was remanded to the custody of the sheriff. A motion has been filed in this court to dismiss the petition in error for the reason that the record of the county court shows that the defendant immediately gave a new bond in the sum of $1,000, to which sum it was increased by the county judge; that since the decision of the district court was rendered Boling has been tried in the district court upon the charge and has been acquitted

and discharged, and the question presented is a moot one which it would be a waste of time for this court to consider, and without any benefit to the appellant.

The hearing was had in the district court on September 12, 1911. The transcript on appeal was not filed until January, 1912. No effort has been made in this court to have the case advanced for a speedy hearing. In the meantime the petitioner has been tried and acquitted, and is now free. In this condition of the record, the motion to dismiss the appeal is sustained and the petition in error dismissed at the costs of the petitioner.

DISMISSED.

BARNES, ROSE and SEDGWICK, JJ., not sitting.